**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE**

| | |
|---|---|
| PATRICK E. BYRNE, THE PATRICK E. BYRNE REVOCABLE TRUST U/T/A DATED FEBRUARY 23, 2001, and THE PATRICK E. BYRNE IRREVOCABLE TRUST U/T/A DATED JULY 22, 2021,<br><br>     Plaintiffs,<br><br>    v.<br><br>AMERIS BANK,<br><br>     Defendant. | Case No. _____ |

**THE PATRICK E. BYRNE REVOCABLE TRUST U/T/A
DATED FEBRUARY 23, 2001 CORPORATE DISCLOSURE STATEMENT**

Plaintiff The Patrick E. Byrne Revocable Trust U/T/A Dated February 23, 2001 (the "Revocable Trust"), a revocable trust that was formed under the laws of the State of California, hereby makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1)     The Revocable Trust does not have a parent corporation; and

2)     No publicly held corporation owns 10% more of the stock of the Revocable Trust.

Respectfully submitted,

**REED SMITH LLP**

Dated: December 23, 2025

*/s/ Benjamin P. Chapple*
Benjamin P. Chapple (No. 5871)
John T. Miraglia (No. 6682)
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
(302) 778-7500
bchapple@reedsmith.com
jmiraglia@reedsmith.com

*Counsel for Plaintiffs*