**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE**

PATRICK E. BYRNE, THE PATRICK E.
BYRNE REVOCABLE TRUST U/T/A
DATED FEBRUARY 23, 2001, and THE
PATRICK E. BYRNE IRREVOCABLE
TRUST U/T/A DATED JULY 22, 2021,

      Plaintiffs,

      v.

AMERIS BANK,

      Defendant.

Case No. _____

**THE PATRICK E. BYRNE IRREVOCABLE TRUST U/T/A
DATED JULY 22, 2021 CORPORATE DISCLOSURE STATEMENT**

Plaintiff The Patrick E. Byrne Irrevocable Trust U/T/A Dated July 22, 2021 (the "Irrevocable Trust"), an irrevocable trust that was formed under the laws of the State of California, hereby makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1)     The Irrevocable Trust does not have a parent corporation; and

2)     No publicly held corporation owns 10% more of the stock of the Irrevocable Trust.

Respectfully submitted,

**REED SMITH LLP**

Dated: December 23, 2025

*/s/ Benjamin P. Chapple*
Benjamin P. Chapple (No. 5871)
John T. Miraglia (No. 6682)
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
(302) 778-7500
bchapple@reedsmith.com
jmiraglia@reedsmith.com

*Counsel for Plaintiffs*