**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PATRICK E. BYRNE, THE PATRICK E. BYRNE REVOCABLE TRUST U/T/A DATED FEBRUARY 23, 2001, and THE PATRICK E. BYRNE IRREVOCABLE TRUST U/T/A DATED JULY 22, 2021,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIS BANK,<br><br>Defendant. | Case No. 1:25-cv-1557-JLH |

**ENTRY OF APPEARANCE**

Please enter the appearance of Elizabeth Wilburn Joyce, Esquire,  Megan Ix Brison, Esquire, and Lauren A. Black, Esquire of Smith, Katzenstein & Jenkins LLP on behalf of Defendant Ameris Bank.

Dated: February 18, 2026

Smith, Katzenstein & Jenkins LLP

   /s/   Megan Ix Brison
Elizabeth Wilburn Joyce (DE Bar #3666)
Megan Ix Brison (DE Bar #6721)
Lauren A. Black (DE Bar 7048)
1000 N. West Street, Suite 1501
Wilmington, Delaware  19801
(302) 652-8400
ewj@skjlaw.com
mib@skjlaw.com
lab@skjlaw.com

*Counsel for Defendant*