**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

<table>
<tr>
<td>
PATRICK E. BYRNE, THE PATRICK E. BYRNE REVOCABLE TRUST U/T/A DATED FEBRUARY 23, 2001, and THE PATRICK E. BYRNE IRREVOCABLE TRUST U/T/A DATED JULY 22, 2021,<br><br>
        Plaintiffs,<br><br>
   v.<br><br>
AMERIS BANK,<br><br>
        Defendant.
</td>
<td>
Case No. 1:25-cv-1557-JLH
</td>
</tr>
</table>

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, subject to the approval of the Court, that the time for Defendant to move, answer, or otherwise respond to the Complaint (D.I. 1) shall be extended through and including March 12, 2026.

[signatures on following page]

Dated: February 18, 2026

Reed Smith LLP

   */s/  Benjamin P. Chapple*
Benjamin P. Chapple (DE Bar #5871)
John T. Miraglia (DE Bar #6682)
1201 North Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 778-7500
bchapple@reedsmith.com

*Counsel for Plaintiffs*

Smith, Katzenstein & Jenkins LLP

   */s/  Megan Ix Brison*
Elizabeth Wilburn Joyce (DE Bar #3666)
Megan Ix Brison (DE Bar #6721)
Lauren Black (DE Bar #7048)
1000 N. West Street, Suite 1501
Wilmington, Delaware  19801
(302) 652-8400
ewj@skjlaw.com
mib@skjlaw.com
lab@skjlaw.com

*Counsel for Defendant*

It is so ordered this _____ day of _____, 2026.

_____
The Honorable Jennifer L. Hall
United States District Judge