**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PATRICK E. BYRNE, THE PATRICK E. BYRNE REVOCABLE TRUST U/T/A DATED FEBRUARY 23, 2001, and THE PATRICK E. BYRNE IRREVOCABLE TRUST U/T/A DATED JULY 22, 2021,<br><br>     Plaintiffs,<br><br>    v.<br><br>AMERIS BANK,<br><br>     Defendant. | Case No. 1:25-cv-1557-JLH |

**STIPULATION AND [PROPOSED] ORDER FOR SECOND EXTENSION OF TIME**

WHEREAS, Defendant's current deadline to respond to the Complaint is March 12, 2026;

WHEREAS, Defendant intends to file a Motion to Dismiss the Complaint (D.I. 1);

WHEREAS, the parties have discussed and agreed to a further extension of Defendant's deadline to respond to the Complaint;

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, subject to the approval of the Court, that:

1) The time for Defendant to file its Motion to Dismiss the Complaint and Opening Brief in support thereof shall be extended through and including March 26, 2026; and

2) Plaintiffs' deadline to respond to the Motion to Dismiss, whether through amendment of the Complaint or in opposition to the Motion to Dismiss, shall be May 11, 2026.

[signatures on following page]

Dated: March 10, 2026

Reed Smith LLP

  /s/  Benjamin P. Chapple
Benjamin P. Chapple (DE Bar #5871)
John T. Miraglia (DE Bar #6682)
1201 North Market Street, Suite 1500
Wilmington, Delaware 19801
(302) 778-7500
bchapple@reedsmith.com

*Counsel for Plaintiffs*

Smith, Katzenstein & Jenkins LLP

  /s/  Megan Ix Brison
Elizabeth Wilburn Joyce (DE Bar #3666)
Megan Ix Brison (DE Bar #6721)
Lauren Black (DE Bar #7048)
1000 N. West Street, Suite 1501
Wilmington, Delaware  19801
(302) 652-8400
ewj@skjlaw.com
mib@skjlaw.com
lab@skjlaw.com

*Counsel for Defendant*

It is so ordered this _____ day of _____, 2026.

_____
The Honorable Jennifer L. Hall
United States District Judge