**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PATRICK E. BYRNE, THE PATRICK E. BYRNE REVOCABLE TRUST U/T/A DATED FEBRUARY 23, 2001, and THE PATRICK E. BYRNE IRREVOCABLE TRUST U/T/A DATED JULY 22, 2021,<br><br>      Plaintiffs,<br><br>  v.<br><br>AMERIS BANK,<br><br>      Defendant. | Case No. 1:25-cv-1557-JLH |

## AMERIS BANK'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT, OR IN THE ALTERNATIVE, TO STAY

Defendant Ameris Bank ("Defendant" or "Ameris") respectfully moves this Court to dismiss the complaint filed by Plaintiffs Patrick E. Byrne, The Patrick E. Byrne Revocable Trust U/T/A Dated February 23, 2001, and The Patrick E. Byrne Irrevocable Trust U/T/A Dated July 22, 2021, with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim and Rule 9(b) for failure to allege fraud with particularity.

The grounds for this motion are further set forth in Defendant's Opening Brief, being filed contemporaneously herewith.

Dated: March 26, 2026

Smith, Katzenstein & Jenkins LLP

_/s/   Megan Ix Brison_
Elizabeth Wilburn Joyce (DE Bar #3666)
Megan Ix Brison (DE Bar #6721)
Lauren A. Black (DE Bar #7048)
1000 N. West Street, Suite 1501
Wilmington, Delaware  19801
(302) 652-8400
ewj@skjlaw.com
mib@skjlaw.com
lab@skjlaw.com

_Counsel for Defendant_

2