## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PATRICK E. BYRNE, THE PATRICK E. BYRNE REVOCABLE TRUST U/T/A DATED FEBRUARY 23, 2001, and THE PATRICK E. BYRNE IRREVOCABLE TRUST U/T/A DATED JULY 22, 2021,

Plaintiffs,

v.

AMERIS BANK,

Defendant.

Case No. 1:25-cv-1557-JLH

### [PROPOSED] ORDER GRANTING
### DEFENDANT'S MOTION TO DISMISS

Having considered Defendant Ameris Bank's Motion to Dismiss Plaintiffs' Complaint (the "Motion") and any opposition thereto;

IT IS HEREBY ORDERED this _____ day of _____, 2026 that the Motion is GRANTED and Plaintiffs' Complaint is DISMISSED WITH PREJUDICE.

_____
The Honorable Jennifer L. Hall
United States District Judge