**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PATRICK E. BYRNE, THE PATRICK E. BYRNE REVOCABLE TRUST U/T/A DATED FEBRUARY 23, 2001, and THE PATRICK E. BYRNE IRREVOCABLE TRUST U/T/A DATED JULY 22, 2021, <br><br> Plaintiffs, <br><br> v. <br><br> AMERIS BANK, <br><br> Defendant. | Case No. 1:25-cv-1557-JLH |

**DECLARATION OF MEGAN IX BRISON IN SUPPORT OF
AMERIS BANK'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT, OR IN THE
ALTERNATIVE, TO STAY**

I, Megan Ix Brison, declare:

I am an attorney at the law firm of Smith, Katzenstein & Jenkins LLP and counsel for

Defendant Ameris Bank ("Defendant") in the above-captioned matter.

I have personal knowledge of the matters set forth herein and if called upon, I could and

would competently testify thereto.

Attached hereto are true and correct copies of the following exhibits:

Exhibit 1:    December 10, 2021 Stock Purchase Agreement between Ameris Bank and Balboa Capital Corporation, Patrick E. Byrne, The Patrick E. Byrne Revocable Trust U/T/A Dated February 23, 2001, and The Patrick E. Byrne Irrevocable Trust U/T/A Dated July 22, 2021.

Exhibit 2:    Complaint filed in *Patrick Byrne v. Ameris Bank*, Case No. 8:24-cv-01989-MWC-JDE on September 16, 2024 in the United States District Court for the Central District of California, Southern Division.

Exhibit 3:    Defendant Ameris Bank's Answer to Plaintiff's Complaint filed in *Patrick Byrne v. Ameris Bank*, Case No. 8:24-cv-01989-MWC-JDE, on November 15, 2024 in the United States District Court for the Central District of California, Southern Division.

Exhibit 4:     Plaintiff's *Ex Parte* Application to (1) Modify Scheduling Order; (2) For Leave to Amend Complaint and (3) To Extend the Expert Discovery Deadlines by Thirty Days; Memorandum of Points and Authorities filed in *Patrick Byrne v. Ameris Bank*, Case No. 8:24-cv-01989-MWC-JDE, on December 1, 2025 in the United States District Court for the Central District of California, Southern Division.

Exhibit 5:     Defendant Ameris Bank's Opposition to Plaintiff's *Ex Parte* Application to (1) Modify Scheduling Order; (2) For Leave to Amend Complaint and (3) To Extend the Expert Discovery Deadlines by Thirty Days filed in *Patrick Byrne v. Ameris Bank*, Case No. 8:24-cv-01989-MWC-JDE, on December 2, 2025 in the United States District Court for the Central District of California, Southern Division.

Exhibit 6:     Order Denying Plaintiff's *Ex Parte* Application for Leave to Amend the Complaint and Continue Expert Discovery Deadlines by 30 Days filed in *Patrick Byrne v. Ameris Bank*, Case No. 8:24-cv-01989-MWC-JDE, on December 5, 2025 in the United States District Court for the Central District of California, Southern Division.

Exhibit 7:     Complaint filed in *Ameris Bank v. Patrick E. Byrne, et al.*, C.A. No. N25C-05-071 KMM CCLD, on May 7, 2025 in the Superior Court of the State of Delaware.

Exhibit 8:     Direction for Entry of Judgment by Default filed in *Ameris Bank v. Patrick E. Byrne, et al.*, C.A. No. N25C-05-071 KMM CCLD, on July 16, 2025 in the Superior Court of the State of Delaware.

Exhibit 9:     Defendants' Motion to Vacate Default Judgment filed in *Ameris Bank v. Patrick E. Byrne, et al.*, C.A. No. N25C-05-071 KMM CCLD, on October 27, 2025 in the Superior Court of the State of Delaware.

Exhibit 10:    Opposition to Defendants' Motion to Vacate Default Judgment filed in *Ameris Bank v. Patrick E. Byrne, et al.*, C.A. No. N25C-05-071 KMM CCLD, on November 26, 2025 in the Superior Court of the State of Delaware.

Exhibit 11:    Defendants' Opening Brief in Support of Their Motion to Dismiss for Improper Venue [Public Version] filed in *Ameris Bank v. Patrick E. Byrne, et al.*, C.A. No. N25C-05-071 KMM CCLD, on January 20, 2026 in the Superior Court of the State of Delaware.

Exhibit 12:    Complaint filed in *Ameris Bank v. Patrick E. Byrne, et al.*, Case No. 1:26-cv-00190- JLH, on February 20, 2026 in the United States District Court for the District of Delaware.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: March 26, 2026

/s/   *Megan Ix Brison*
Megan Ix Brison (DE Bar #6721)

3