# **Exhibit 8**

EFiled:  Jul 16 2025 02:56PM EDT
Transaction ID 76659662
Case No. N25C-05-071 KMM CCLD

## IN THE SUPERIOR COURT
## OF THE STATE OF DELAWARE

| | |
|---|---|
| AMERIS BANK, | ) |
| | ) |
| *Plaintiff,* | ) |
| | ) C.A. No. N25-C-05-071 KMM CCLD |
| | ) |
| v. | ) |
| | ) |
| PATRICK E. BYRNE, THE | ) |
| PATRICK E. BYRNE REVOCABLE | ) |
| TRUST U/T/A DATED FEBRUARY | ) |
| 23, 2001, and THE PATRICK E. | ) |
| BYRNE IRREVOCABLE TRUST | ) |
| U/T/A DATED JULY 22, 2021, | ) |
| | ) |
| *Defendants.* | ) |
| | ) |

### DIRECTION FOR ENTRY OF JUDGMENT BY DEFAULT

TO:  PROTHONOTARY, NEW CASTLE COUNTY

You are hereby directed to enter judgment by default in accordance with the provisions of Rule 55(b)(1) of the Rules of Civil Procedure of the Superior Court of the State of Delaware in favor of Plaintiff Ameris Bank and against Defendants Patrick E. Byrne, The Patrick E. Byrne Revocable Trust U/T/A dated February 23, 2001, and The Patrick E. Byrne Irrevocable Trust U/T/A dated July 22, 2021 in the amount of $1,844,524.62  plus post-judgment interest at the legal rate, or $480.08 per diem, because all Defendants have failed to appear, plead or otherwise defend as provided by said rule.

Filed contemporaneously herewith is the Affidavit of Patricia R. Urban and a

Statement of Amount Due.

Dated:  July 16, 2025

> PINCKNEY, WEIDINGER, URBAN
>  & JOYCE LLC
>
> */s/ Patricia R. Urban*
> Patricia R. Urban (DE Bar #4011)
> Megan Ix Brison (DE Bar #6721)
> 2 Mill Road, Suite 204
> Wilmington, DE  19806
> Phone: 302-504-1497
> Fax: 302-442-7046
> Email: purban@pwujlaw.com
>         mixbrison@pwujlaw.com