**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PATRICK E. BYRNE, THE PATRICK E. BYRNE REVOCABLE TRUST U/T/A DATED FEBRUARY 23, 2001, and THE PATRICK E. BYRNE IRREVOCABLE TRUST U/T/A DATED JULY 22, 2021, <br><br> Plaintiffs, <br><br> v. <br><br> AMERIS BANK, <br><br> Defendant. | Case No. 1:25-cv-1557-JLH |

**DEFENDANT AMERIS BANK'S**
**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS**

Defendant Ameris Bank ("Defendant" or "Ameris") respectfully requests that the Court consider the documents identified below that are either incorporated by reference into the Complaint or subject to judicial notice, in connection with Defendant's Motion to Dismiss Plaintiff's Complaint, filed contemporaneously herewith.

When evaluating a motion to dismiss under Rule 12(b)(6), courts may consider facts that are "incorporated by reference" or "subject to judicial notice." *Buck v. Hampton Twp. Sch. Dist.*, 452 F.3d 256, 260 (3d Cir. 2006). Federal Rule of Civil Procedure 201 provides that a court may take judicial notice of "a fact that is not subject to reasonable dispute because it . . . can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2). Under Federal Rule of Evidence 201(d), if requested by a party, a court must take judicial notice of documents that are not subject to reasonable dispute and are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." *In re NAHC, Inc. Sec. Litig.*, 306 F.3d 1314, 1331 (3d Cir. 2002); *Oran v. Stafford*,

1

226 F.3d 275, 289 (3d Cir. 2000) (Alito, J.).   Judicial notice may be taken at any stage of the proceeding. Fed. R. Evid. 201(d).

Exhibit 1 to the accompanying Declaration of Megan Ix Brison is incorporated by reference in the Complaint.  Exhibits 2 - 12 are subject to judicial notice because they are court filings.  A Court may take judicial notice of public records outside the pleadings, and judicial proceedings from a different court or case are considered public records. *Redick v. E Mortg. Mgmt., LLC,* 2013 WL 5461616, at *2 (D. Del. Sept. 30, 2013).  *See also Natera, Inc. v. ArcherDX, Inc.*, No. 20-125-LPS, 2020 WL 6043929, at *4 (D. Del. Oct. 13, 2020) (taking judicial notice of briefing and a ruling in a related action); *Telebrands Corp. v. 1ByOne Products, Inc.*, No. 17-997-JFB-SRF, 2017 WL 5593785, at *1 n.1 (D. Del. Nov. 21, 2017) (taking judicial notice of documents filed in an action between the same parties pending in a different court); *Takata v. Riot Blockchain, Inc.*, 2023 WL 7133219, at *1 n.2 (D.N.J. Aug. 25, 2023) (citing *Arcand v. Brother Int'l Corp.*, 673 F. Supp. 2d 282, 292 (D.N.J. 2009)) (The "Court may take judicial notice of … court filings.").

Accordingly, Defendant respectfully requests that the Court consider Exhibits 1-12 identified below and attached to the Declaration of Megan Ix Brison.

Exhibit 1:    December 10, 2021 Stock Purchase Agreement between Ameris Bank and Balboa Capital Corporation, Patrick E. Byrne, The Patrick E. Byrne Revocable Trust U/T/A Dated February 23, 2001, and The Patrick E. Byrne Irrevocable Trust U/T/A Dated July 22, 2021.

Exhibit 2:    Complaint filed in *Patrick Byrne v. Ameris Bank*, Case No. 8:24-cv-01989-MWC-JDE on September 16, 2024 in the United States District Court for the Central District of California, Southern Division.

Exhibit 3:    Defendant Ameris Bank's Answer to Plaintiff's Complaint filed in *Patrick Byrne v. Ameris Bank*, Case No. 8:24-cv-01989-MWC-JDE, on November 15, 2024 in the United States District Court for the Central District of California, Southern Division.

Exhibit 4:    Plaintiff's *Ex Parte* Application to (1) Modify Scheduling Order; (2) For Leave to Amend Complaint and (3) To Extend the Expert Discovery Deadlines by Thirty Days; Memorandum of Points and Authorities filed in *Patrick Byrne v. Ameris Bank*, Case No. 8:24-cv-01989-MWC-JDE, on December 1, 2025 in the United States District Court for the Central District of California, Southern Division.

Exhibit 5:    Defendant Ameris Bank's Opposition to Plaintiff's *Ex Parte* Application to (1) Modify Scheduling Order; (2) For Leave to Amend Complaint and (3) To Extend the Expert Discovery Deadlines by Thirty Days filed in *Patrick Byrne v. Ameris Bank*, Case No. 8:24-cv-01989-MWC-JDE, on December 2, 2025 in the United States District Court for the Central District of California, Southern Division.

Exhibit 6:    Order Denying Plaintiff's *Ex Parte* Application for Leave to Amend the Complaint and Continue Expert Discovery Deadlines by 30 Days filed in *Patrick Byrne v. Ameris Bank*, Case No. 8:24-cv-01989-MWC-JDE, on December 5, 2025 in the United States District Court for the Central District of California, Southern Division.

Exhibit 7:    Complaint filed in *Ameris Bank v. Patrick E. Byrne, et al.*, C.A. No. N25C-05-071 KMM CCLD, on May 7, 2025 in the Superior Court of the State of Delaware.

Exhibit 8:    Direction for Entry of Judgment by Default filed in *Ameris Bank v. Patrick E. Byrne, et al.*, C.A. No. N25C-05-071 KMM CCLD, on July 16, 2025 in the Superior Court of the State of Delaware.

Exhibit 9:    Defendants' Motion to Vacate Default Judgment filed in *Ameris Bank v. Patrick E. Byrne, et al.*, C.A. No. N25C-05-071 KMM CCLD, on October 27, 2025 in the Superior Court of the State of Delaware.

Exhibit 10:   Opposition to Defendants' Motion to Vacate Default Judgment filed in *Ameris Bank v. Patrick E. Byrne, et al.*, C.A. No. N25C-05-071 KMM CCLD, on November 26, 2025 in the Superior Court of the State of Delaware.

Exhibit 11:   Defendants' Opening Brief in Support of Their Motion to Dismiss for Improper Venue [Public Version] filed in *Ameris Bank v. Patrick E. Byrne, et al.*, C.A. No. N25C-05-071 KMM CCLD, on January 20, 2026 in the Superior Court of the State of Delaware.

Exhibit 12:   Complaint filed in *Ameris Bank v. Patrick E. Byrne, et al.*, Case No. 1:26-cv-00190- JLH, on February 20, 2026 in the United States District Court for the District of Delaware.

Dated: March 26, 2026

Smith, Katzenstein & Jenkins LLP

/s/   *Megan Ix Brison*
Elizabeth Wilburn Joyce (DE Bar #3666)
Megan Ix Brison (DE Bar #6721)
Lauren A. Black (DE Bar #7048)
1000 N. West Street, Suite 1501
Wilmington, Delaware  19801
(302) 652-8400
ewj@skjlaw.com
mib@skjlaw.com
lab@skjlaw.com

*Counsel for Defendant*

4