## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PATRICK E. BYRNE, THE PATRICK E.
BYRNE REVOCABLE TRUST U/T/A
DATED FEBRUARY 23, 2001, and THE
PATRICK E. BYRNE IRREVOCABLE
TRUST U/T/A DATED JULY 22, 2021,

       Plaintiffs,

   v.

AMERIS BANK,

       Defendant.

Case No. 1:25-cv-01557-JLH

## ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Matthew

T. Sessions is GRANTED.


Dated:_____     _____
                                                 The Honorable Jennifer L. Hall
                                                 UNITED STATES DISTRICT JUDGE