**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PATRICK E. BYRNE, THE PATRICK E. BYRNE REVOCABLE TRUST U/T/A DATED FEBRUARY 23, 2001, and THE PATRICK E. BYRNE IRREVOCABLE TRUST U/T/A DATED JULY 22, 2021,<br><br>    Plaintiffs,<br><br>    v.<br><br>AMERIS BANK,<br><br>    Defendant. | Case No. 1:25-cv-01557-JLH |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Del. Local Rule 83.5 and the attached certification, counsel moves for the

admission *pro hac vice* of Stacey A. Villagomez, Esquire of Allen Matkins to represent Plaintiffs

Patrick E. Byrne, The Patrick E. Byrne Revocable Trust U/T/A Dated February 23, 2001, and The

Patrick E. Byrne Irrevocable Trust U/T/A Dated July 22, 2021 in the above-captioned matter.

Dated: July 2, 2026

Respectfully submitted,

REED SMITH LLP

*/s/ Benjamin P. Chapple*
Benjamin P. Chapple (No. 5871)
1201 N. Market Street, Suite 1500
Wilmington, Delaware 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
Email:  bchapple@reedsmith.com

*Counsel for Plaintiffs*