**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PATRICK E. BYRNE, THE PATRICK E. BYRNE REVOCABLE TRUST U/T/A DATED FEBRUARY 23, 2001, and THE PATRICK E. BYRNE IRREVOCABLE TRUST U/T/A DATED JULY 22, 2021,<br><br>              Plaintiffs,<br><br>        v.<br><br>AMERIS BANK,<br><br>              Defendant. | Case No. 1:25-cv-01557-JLH |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE***

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Stacey

A. Villagomez is GRANTED.


Dated: _____        _____
                                                                     The Honorable Jennifer L. Hall
                                                                     UNITED STATES DISTRICT JUDGE