**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PATRICK E. BYRNE, THE PATRICK E. BYRNE REVOCABLE TRUST U/T/A DATED FEBRUARY 23, 2001, and THE PATRICK E. BYRNE IRREVOCABLE TRUST U/T/A DATED JULY 22, 2021,<br><br>     Plaintiffs,<br><br>  v.<br><br>AMERIS BANK,<br>     Defendant. | C.A. No. 25-1557-JLH |

**DEFENDANT AMERIS BANK'S MOTION TO DISMISS**
**PLAINTIFFS' FIRST AMENDED COMPLAINT**

Defendant Ameris Bank ("Defendant") respectfully moves this Court to dismiss the First Amended Complaint (D.I. 17) filed by Plaintiffs Patrick E. Byrne, The Patrick E. Byrne Revocable Trust U/T/A dated February 23, 2001, and The Patrick E. Byrne Irrevocable Trust U/T/A dated July 22, 2021, with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim and Federal Rule of Civil Procedure 9(b) for failure to allege fraud with particularity.

The grounds for this Motion are further set forth in Defendant's Opening Brief, being filed contemporaneously herewith.

*Of Counsel*:

Benjamin J. Razi
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000
brazi@cov.com

Robert C. Gianchetti
**COVINGTON & BURLING LLP**
30 Hudson Yards
New York, NY 10001
(212) 841-1000
rgianchetti@cov.com


Dated: July 23, 2026

**SMITH, KATZENSTEIN & JENKINS LLP**

By: /s/ *Megan Ix Brison*
Elizabeth Wilburn Joyce (DE Bar #3666)
Megan Ix Brison (DE Bar #6721)
1000 N. West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
ewj@skjlaw.com
mib@skjlaw.com

*Attorneys for Defendant Ameris Bank*