## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| PATRICK E. BYRNE, THE PATRICK E. BYRNE REVOCABLE TRUST U/T/A DATED FEBRUARY 23, 2001, and THE PATRICK E. BYRNE IRREVOCABLE TRUST U/T/A DATED JULY 22, 2021,<br><br>Plaintiffs,<br><br>v.<br><br>AMERIS BANK,<br><br>Defendant. | C.A. No. 25-1557-JLH |

## [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

Having considered Defendant Ameris Bank's Motion to Dismiss Plaintiffs' First Amended Complaint (the "Motion") and any opposition thereto;

IT IS HEREBY ORDERED this _____ day of _____, 2026 that the Motion is GRANTED and Plaintiffs' First Amended Complaint is DISMISSED WITH PREJUDICE.

_____
The Honorable Jennifer L. Hall
United States District Judge

1