**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

PATRICK E. BYRNE, THE
PATRICK E. BYRNE REVOCABLE
TRUST U/T/A DATED FEBRUARY
23, 2001, and THE PATRICK E.
BYRNE IRREVOCABLE TRUST
U/T/A DATED JULY 22, 2021,

               Plaintiffs,

    v.

AMERIS BANK,

               Defendant.

C.A. No. 25-1557-JLH

**DECLARATION OF MEGAN IX BRISON IN SUPPORT OF
DEFENDANT'S MOTION TO DISMISS**

**MEGAN IX BRISON** declares pursuant to 28 U.S.C. § 1746 as follows:

1.      I am an attorney at the law firm of Smith, Katzenstein & Jenkins LLP and counsel to Defendant Ameris Bank ("Ameris"). I make this declaration in support of Ameris's Motion to Dismiss in order to place before the Court documents necessary to its determination of the Motion.

2.      Attached as **Exhibit 1** is a true and correct copy of the Stock Purchase Agreement by and among Ameris, Balboa Capital Corporation, Patrick Byrne, The Patrick E. Byrne Revocable Trust U/T/A dated February 23, 2001, and The Patrick E. Byrne Irrevocable Trust U/T/A dated July 22, 2021, dated as of December 10, 2021.

3.      Attached as **Exhibit 2** is a true and correct copy of the Opening Brief of Patrick E. Byrne, The Patrick E. Byrne Revocable Trust U/T/A dated February 23, 2001, and The Patrick E. Byrne Irrevocable Trust U/T/A dated July 22, 2021 in Support of Their Motion to Dismiss for Improper Venue, dated December 18, 2025, and filed in *Ameris Bank v. Patrick E. Byrne, et al.*, C.A. No. N25C-05-071 KMM CCLD (Del. Super.).

1

4.      Attached as **Exhibit 3** is a true and correct copy of the alleged Long-Term Incentive Plan referenced in Plaintiffs' First Amended Complaint and introduced as a trial exhibit in *Patrick Byrne v. Ameris Bank*, No. 24-cv-1989 (C.D. Cal.).

5.      Attached as **Exhibit 4** is a true and correct copy of Patrick Byrne's First Amended Complaint, dated June 10, 2026, and filed in *Patrick Byrne v. Ameris Bank*, No. 24-cv-1989 (C.D. Cal.).

6.      Attached as **Exhibit 5** is a true and correct copy of the Verdict Form, dated June 11, 2026, and filed in *Patrick Byrne v. Ameris Bank*, No. 24-cv-1989 (C.D. Cal.).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 23, 2026 in Wilmington, Delaware.

By:     /s/ *Megan Ix Brison*
        Megan Ix Brison

2