# EXHIBIT 5



**FILED**
CLERK, U.S. DISTRICT COURT

06/11/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ TJ _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PATRICK BYRNE, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> AMERIS BANK, a Georgia corporation, <br><br> Defendant. | Case No. 8:24-cv-01989-MWC (JDEx) <br><br> **VERDICT FORM** <br><br> <span style="color:red">**Redacted**</span> <br><br> Judge: Hon. Michelle Williams Court <br> Dept.: Courtroom 6A <br> Trial Date: June 1, 2026 |

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous.

We, the jury, return these unanimous answers as our verdict in this case:

## CLAIM 1:  Wrongful Discharge in Violation of Public Policy

1.      Was Patrick Byrne employed by Ameris Bank?

    _X_ Yes              ___ No

If your answer to question 1 is yes, then answer question 2. If you answered no, answer question 18.

2.      Was Patrick Byrne discharged?

    _X_ Yes              ___ No

If your answer to question 2 is yes, then answer question 3. If you answered no, answer question 18.

3.      Was Patrick Byrne's complaining about Ameris Bank's failure to pay earned wages a substantial motivating reason for Ameris Bank's decision to discharge Patrick Byrne?

    _X_ Yes              ___ No

If your answer to question 3 is yes, then answer question 4. If you answered no, answer question 18.

4. Did the discharge cause Patrick Byrne harm?

    _X_ Yes              ___ No

Answer question 5.

## CLAIM 2:  Whistleblower Protection

5. Was Patrick Byrne employed by Ameris Bank?

2

_X_ Yes        ___ No

If your answer to question 5 is yes, then answer question 6. If you answered no, answer question 18.

6. Did Patrick Byrne disclose to a person with authority over Patrick Byrne or an employee with authority to investigate, discover, or correct legal violations that Ameris Bank had continuously failed to pay Patrick Byrne, and other Balboa employees, the earned compensation they were owed under the Balboa Capital LTIP?

_X_ Yes        ___ No

If your answer to question 6 is yes, then answer question 7. If you answered NO to question 6, answer question 18.

7. Did Patrick Byrne have reasonable cause to believe that his complaints against Ameris Bank disclosed a violation of law?

_X_ Yes        ___ No

If your answer to question 7 is yes, then answer question 8. If you answered no, answer question 18.

8. Did Ameris Bank discharge Patrick Byrne?

_X_ Yes        ___ No

If your answer to question 8 is yes, then answer question 9. If you answered no, answer question 18.

9. Were Patrick Byrne's complaints a contributing factor in Ameris Bank's decision to discharge Patrick Byrne?

_X_ Yes        ___ No

3

If your answer to question 9 is yes, then answer question 10. If you answered no, answer question 18.

10. Was plaintiff harmed?

    _X_ Yes        ___ No

If your answer to question 10 is yes, then answer question 11. If you answered no, answer question 18.

11. Was Ameris Bank's conduct a substantial factor in causing Patrick Byrne's harm?

    _X_ Yes        ___ No

If your answer to question 11 is yes, then answer question 12. If you answered no, answer question 18.

12. Did Ameris Bank prove by clear and convincing evidence that Ameris Bank would have discharged Patrick Byrne anyway at that time for legitimate, independent reasons?

    ___ Yes        _X_ No

Answer question 13.

## CLAIM 3: Nonpayment of Wages and Waiting Time Penalties

**Nonpayment of Wages**

13. Did Patrick Byrne perform work for Ameris Bank?

    _X_ Yes        ___ No

If your answer to question 13 is yes, then answer question 14. If you answered no, answer question 18.

14. Does Ameris Bank owe Patrick Byrne wages under the terms of the employment agreement or the LTIP for 2022 or 2023?

     X  Yes             ___ No

If your answer to question 14 is yes, then answer question 15. If you answered no, answer question 18.

**Waiting-Time Penalty for Nonpayment of Wages**

15. Did Patrick Byrne perform work for Ameris Bank?

     X  Yes             ___ No

If your answer to question 15 is yes, then answer question 16. If you answered no, answer question 18.

16. Did Ameris Bank discharge Patrick Byrne?

     X  Yes             ___ No

If your answer to question 16 is yes, then answer question 17. If you answered no, answer question 18.

17. Did Ameris Bank willfully fail to pay the full amount of wages earned by Patrick Byrne on his last day of employment?

     X  Yes             ___ No

Answer question 18.

**CLAIM 4:  Breach of Contract**

18. Did Patrick Byrne and Ameris Bank enter into a contract?

     X  Yes             ___ No

5

If your answer to question 18 is yes, then answer question 19. If you answered no, go to Section 5: DAMAGES.

19. Did Patrick Byrne do all, or substantially all, of the significant things that the contract required him to do?

       <u>x</u> Yes            <u>   </u> No

If your answer to question 19 is yes, skip question 20 and answer question 21. If you answered no, answer question 20.

20. Was Patrick Byrne excused from having to do all, or substantially all, of the significant things that the contract required him to do?

       <u>   </u> Yes            <u>   </u> No

If your answer to question 20 is yes, then answer question 21. If you answered no, go to Section 5, DAMAGES.

21. Did all the conditions that were required for Ameris Bank's performance occur?

       <u>X</u> Yes            <u>   </u> No

If your answer to question 21 is yes, skip question 22 and answer question 23. If you answered no, answer question 22.

22. Were the required conditions that did not occur excused or waived?

       <u>   </u> Yes            <u>   </u> No

If your answer to question 22 is yes, then answer question 23. If you answered no, go to Section 5, DAMAGES.

23.a. Did Ameris Bank fail to do something that the contract required it to do?

       <u>X</u> Yes            <u>   </u> No

6

**OR**

23.b.  Did Ameris Bank do something that the contract prohibited it from doing?

_____ Yes                   _____ No

If your answer to either option for question 23 is yes, then answer question 24. If you answered no to both options, go to Section 5, DAMAGES.

24. Was Patrick Byrne harmed by Ameris Bank's breach of contract?

  **X**  Yes                   _____ No

Go to section 5:  DAMAGES

**Section 5:  DAMAGES**

If you answered NO to questions 4, 11, 14, AND 24, then stop here, answer no further questions and have the presiding juror sign and date this form and return it to the court room attendant.

If you answered YES to either questions 4, 11, 14, OR 24, answer question 25.

25.      What are Patrick Byrne's damages?

  a. Past economic loss                   $ _____ 9,000,000 _____

  b. Future economic loss                 $ _____ 6,300,000 _____

  c. Past non-economic loss               $ _____ 525,000 _____

  d. Future non-economic loss             $ _____ 700,000 _____

If you answered YES to question 17, answer question 26.  If you answered NO to question 17 and YES to question 4 OR 11, answer question 28.

7

26. For how many calendar days following Patrick Byrne's last day of employment did Ameris Bank willfully fail to pay the full amount of Patrick Byrne's wages?

_____710_____ days

Answer question 27.

27. What was Patrick Byrne's daily wage rate at the time his employment ended?

$ __3,885.26__ per day

If you answered YES to question 4 OR 11, answer 28. If you answered NO to question 4 or 11, stop here, answer no further questions, and have the presiding juror sign and date this form.

**Section 6: Punitive Damages**

28. Did Ameris Bank engage in the conduct with malice, oppression, or fraud?

    X Yes        ___ No

_____
Presiding Juror

_____JUNE 11, 2026_____
Date

After this verdict form has been signed, advise the clerk that you are ready to return to the courtroom.