# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PATRICK E. BYRNE, THE PATRICK E. BYRNE REVOCABLE TRUST U/T/A DATED FEBRUARY 23, 2001, and THE PATRICK E. BYRNE IRREVOCABLE TRUST U/T/A DATED JULY 22, 2021,

        Plaintiffs,

        v.

AMERIS BANK,

        Defendant.

Case No. 1:25-cv-01557-JLH

## STIPULATION AND [PROPOSED] ORDER GOVERNING BRIEFING SCHEDULE

WHEREAS, on May 18, 2026, Plaintiffs Patrick E. Byrne, The Patrick E. Byrne Irrevocable Trust U/T/A Dated July 22, 2021, and The Patrick E. Byrne Revocable Trust U/T/A Dated February 23, 2001 ("Plaintiffs") filed a First Amended Complaint (the "Amended Complaint") against Defendant Ameris Bank ("Defendant");

WHEREAS, on July 23, 2026, Defendant filed a Motion to Dismiss the Amended Complaint and an opening brief in support thereof (the "Motion to Dismiss"); and

WHEREAS, the parties have conferred and agreed upon a briefing schedule to govern the Motion to Dismiss;

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, subject to the approval of the Court, that:

1) Plaintiffs' deadline to file an Answering Brief in opposition to the Motion to Dismiss shall be extended to September 30, 2026.

2) Defendant's deadline to file a Reply Brief in further support of the Motion to Dismiss shall be extended to October 30, 2026.

- 2 -

Dated: July 29, 2026

REED SMITH LLP                                    SMITH, KATZENSTEIN & JENKINS LLP

  /s/ Benjamin P. Chapple                            /s/ Megan Ix Brison
Benjamin P. Chapple (No. 5871)                   Elizabeth Wilburn Joyce (No. 3666)
John T. Miraglia (No. 6682)                      Megan Ix Brison (No. 6721)
1201 North Market Street, Suite 1500             Lauren Black (No. 7048)
Wilmington, Delaware 19801                       1000 N. West Street, Suite 1501
(302) 778-7500                                   Wilmington, Delaware  19801
bchapple@reedsmith.com                           (302) 652-8400
jmiraglia@reedsmith.com                          ewj@skjlaw.com
                                                 mib@skjlaw.com
                                                 lab@skjlaw.com
OF COUNSEL:

Matthew T. Sessions                              OF COUNSEL:
Stacey A. Villagomez
ALLEN MATKINS                                    Benjamin J. Razi
2010 Main Street, 8th Floor                      COVINGTON & BURLING LLP
Irvine, CA 92614-7214                            One CityCenter
(949) 553-1313                                   850 Tenth Street, NW Washington, DC 20001
msessions@allenmatkins.com                       (202) 662-6000
svillagomez@allenmatkins.com                     brazi@cov.com

*Counsel for Plaintiffs*                          Robert C. Gianchetti
                                                 COVINGTON & BURLING LLP
                                                 30 Hudson Yards
                                                 New York, NY 10001
                                                 (212) 841-1000
                                                 rgianchetti@cov.com

                                                 *Counsel for Defendant*

        It is SO ORDERED this ____ day of _____, 2026.


                                                 _____
                                                 The Honorable Jennifer L. Hall
                                                 United States District Judge

- 2 -